**Norman Lynn FOUNTAIN, Plaintiff-Appellant**

v.

**Captain Greta BENNETT; Lieutenant Olvierdare; University of Texas Medical Branch, Defendants-Appellees**

**No. 15-20480
Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 24, 2017

Norman Lynn Fountain, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Norman Lynn Fountain, Texas prisoner # 1722254, appeals the dismissal of his 42

---

\* Pursuant to 5TH CIR. R. 47.5, the court has     determined that this opinion should not be

U.S.C. § 1983 complaint without prejudice for failure to state a claim upon which relief may be granted. He does not challenge the district court's determination that he failed to exhaust all available administrative remedies before filing suit as required by 42 U.S.C. § 1997e(a). Rather, Fountain reasserts the merits of his § 1983 complaint.

Although we apply a less stringent standard to parties proceeding pro se than to parties represented by counsel and liberally construe the briefs of pro se litigants, parties proceeding pro se must still brief the issues and reasonably comply with the requirements set forth in Rule 28 of the Federal Rules of Appellate Procedure. *Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995). Because Fountain has not challenged the district court's conclusion that he failed to exhaust his administrative remedies, he has abandoned the sole issue before this court. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

In light of Fountain's abandonment of his claim, the district court's dismissal without prejudice is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.